1
2
3
4
5
6
7

8               UNITED STATES DISTRICT COURT
             WESTERN DISTRICT OF WASHINGTON
9                      AT TACOMA

10

11   LENIER RENE AYERS,
                                                    Case No.  C07-5520 RJB/K/S
12                  Plaintiff,
                                                    ORDER TO SHOW CAUSE
13          v.

14   LESLIE SZIEBERT, *et al.,*

15                  Defendants.

16

17          This matter comes before the Court on Plaintiff's application to proceed *in forma pauperis* and a

18   civil rights complaint under 42 U.S.C. § 1983.  To file a complaint and initiate legal proceedings plaintiff

19   must pay a filing fee of $350.00 or file a proper application to proceed *in forma pauperis*.

20                                          **DISCUSSION**

21          On September 25, 2007, the Clerk received Plaintiff's complaint and application to proceed *in*

22   *forma pauperis*. (Dkt. # 1).  On October 5, 2007, the Court received a Notice of Funds Owed to Plaintiff

23   in the Court's Registry.  (Dkt. # 3).  By this Notice, the Attorney General's office notified the Court that

24   Plaintiff will receive settlement proceeds in Case No. 6-5264RBL/KLS.

25          The court may permit indigent litigants to proceed *in forma pauperis* upon completion of a proper

26   affidavit of indigency.  *See* 28 U.S.C. § 1915(a).  However, the court has broad discretion in denying an

27   application to proceed *in forma pauperis*.  *Weller v. Dickson*, 314 F.2d 598 (9th Cir. 1963), *cert. denied*,

28   375 U.S. 845 (1963).  Several district courts have ruled that denial of *in forma pauperis* status is not

ORDER
Page - 1

1   unreasonable when a prisoner is able to pay the initial expenses required to commence a lawsuit.  See

2   *Temple v. Ellerthorpe*, 586 F.Supp. 848 (D.R.I. 1984); *Braden v. Estelle*, 428 F.Supp. 595 (S.D.Tex.

3   1977); *U.S. ex rel. Irons v. Com. of Pa.*, 407 F.Supp. 746 (M.D.Pa. 1976); *Shimabuku v. Britton*, 357

4   F.Supp. 825 (D.Kan. 1973), *aff'd,* 503 F.2d 38 (10th Cir. 1974); *Ward v. Werner*, 61 F.R.D. 639 (M.D.Pa.

5   1974).

6        Accordingly, the Court **ORDERS** the following:

7   (1)    Plaintiff shall show cause **no later than November 23, 2007**, why the Court should not

8       consider the existence of the settlement funds in Case No. 6-5264RBL/KLS in determining

9       whether Plaintiff is able to pay the initial expenses required to commence this lawsuit; and

10   (2)    The Clerk is directed to send a copy of this Order to Plaintiff.

11

12       DATED this 25th day of October, 2007.

13

14

15

16

17   Karen L. Strombom
    United States Magistrate Judge

18

19

20

21

22

23

24

25

26

27

28

ORDER
Page - 2