UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

LENIER AYERS,

        Plaintiff,

   v.

LESLIE SZIEBERT, *et al.*,

        Defendants.

Case No.  C07-5520 RJB/KLS

ORDER DENYING APPLICATION TO PROCEED *IN FORMA PAUPERIS*

    The Court, having reviewed the Report and Recommendation of Magistrate Judge Karen L. Strombom, Plaintiff's application to proceed *in forma pauperis*, any objections, and the remaining record, hereby finds and **ORDERS**:

    (1)    The Court adopts the Report and Recommendation;

    (2)    Plaintiff's application to proceed *in forma pauperis* (Dkt. # 1) is **DENIED**.  Plaintiff has thirty days from the date of this Order to pay the full $350.00 filing fee.  If the filing fee is not received in thirty days, the Clerk's office is instructed to dismiss this action **WITHOUT PREJUDICE**;

    (3)    Plaintiff's motion to disburse funds (Dkt. # 6) is **DENIED**; and

    (4)    The Clerk is directed to send copies of this Order to Plaintiff and to the Hon. Karen L. Strombom and note a date on Judge Strombom's calendar thirty days from today so that this action can be tracked.

DATED this 14th day of December, 2007.

*/s/ Robert J. Bryan*
ROBERT J. BRYAN
United States District Judge