UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

LENIER AYERS,

    Plaintiff,

v.

LESLIE SZIEBERT, *et al.*,

    Defendants.

Case No. C07-5520 RJB/KLS

ORDER GRANTING MOTION TO RECEIVE AND DIRECT FUNDS

Before the Court is Plaintiff's motion to receive funds into the registry of the Court and to direct the Court Clerk to use the funds to pay the filing fees in this case, in Case No. 07-5540 and for the filing of a habeas case. (Dkt. # 8). Plaintiff also requests leave to amend his complaint in Case No. 7-5540 to add an additional defendant.

On January 7, 2007, pursuant to Plaintiff's request, the Clerk of the Court was directed to distribute $350.00 of Plaintiff's funds to pay the filing fees in this case. (Dkt. # 10).

**ACCORDINGLY**, Plaintiff's motion (Dkt. # 8) is **GRANTED** to the extent it requests distribution of his funds to pay the filing fee in this case. Plaintiff's Complaint has been docketed (Dkt. # 11) and he may proceed in this action. By separate Order, this Court has advised Plaintiff regarding his obligation to serve copies of his Complaint upon the named Defendants. The remainder of Plaintiff's motion (Dkt. # 8) is not addressed in this Order as it does not apply to this

ORDER - 1

1 case.

DATED this  8th  day of January, 2008.

*Karen L. Strombom*
Karen L. Strombom
United States Magistrate Judge

28 ORDER - 2