UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

LENIER AYERS,

    Plaintiff,

  v.

LESLIE SZIEBERT, *et al.*,

    Defendants.

Case No. C07-5520 RJB/KLS

ORDER DENYING PLAINTIFF'S REQUEST FOR COURT TO SERVE COMPLAINT

    Before the Court is Plaintiff's "Response to General Order No. 07-04." (Dkt. # 15). This response was not filed as a motion nor was it noted for hearing on the Court's docket. However, in effort to clarify matters, the Court shall address Plaintiff's request for service at this time.

    As Plaintiff was previously advised, it is his obligation to serve copies of the Summons and Complaint upon each of the named Defendants. Pursuant to Rule 4(m), Plaintiff must serve copies of the Summons and Complaint upon each of the named Defendants within 120 days after the filing of the Complaint. If Plaintiff requires additional time to serve any of the defendants, he may file a motion with the Court describing the reasons why he has not been able to serve a particular defendant and the efforts at service he has made, and the Court may extend the time for service.

    Plaintiff is also advised that if he seeks relief from this Court in the future, he must do so in the form of a motion, properly filed, served on any Defendants who have appeared in this matter, and noted for hearing according to the Federal Rules of Civil Procedure. Otherwise, his requests will not come to the attention of the Court for prompt consideration.

ORDER - 1

1     DATED this 27th day of March, 2008.

2

3

4                                                          /s/ Karen L. Strombom
                                                           Karen L. Strombom
5                                                          United States Magistrate Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28   ORDER - 2