UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

LENIER AYERS,

    Plaintiff,

v.

LESLIE SZIEBERT, *et al.*,

    Defendants.

Case No. C07-5520 RJB/KLS

ORDER ADOPTING REPORT AND RECOMMENDATION

The Court, having reviewed the Report and Recommendation of Magistrate Judge Karen L. Strombom, Plaintiff's Motion in Responce (sic) to Report and Recommendations Noted for Hearing on April 18 2009 (Dkt. 22), which the court construes as objections to the Report and Recommendation, and the remaining record, does hereby find and **ORDER**:

(1)     The Court adopts the Report and Recommendation;

(2)     Plaintiff's motion for temporary restraining order (Dkt. # 18) is **Denied Without Prejudice**; and

(3)     The Clerk is directed to send copies of this Order to Plaintiff, to any Defendants who have appeared of record, and to the Hon. Karen L. Strombom.

DATED this 18th day of April, 2008.

*[signature]*
ROBERT J. BRYAN
United States District Judge

ORDER - 1