AO 450 (Rev. 5/85) Judgment in a Civil Case ⊜

# United States District Court

WESTERN DISTRICT OF WASHINGTON

Lenier Ayers

       v.

Leslie Sziebert

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C07-5520RJB

___   **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_   **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

    1.    The Court adopts the Report and Recommendation;

    2.    Plaintiff's Complaint [Dkt 11) is DISMISSED without prejudice.

January 21, 2009                      BRUCE RIFKIN
                                               Clerk

                                            Jennie L. Patton
                                                Deputy Clerk